# Court of Appeals, State of Michigan

## ORDER

Joseph Constant v James M. Hammond; Joseph Constant v DTE Electric Company; Joseph Constant v Leland Prince; Joseph Constant v Leland Prince; Joseph Constant v DTE Electric Company

Docket Nos.   336489; 336620; 337483; 338455; 338686

LC Nos.   2016-155099-CZ; 2016-153631-CZ; 2016-155238-CZ; 2016-155238-CZ; 2016-153631-CZ

Karen M. Fort Hood
Presiding Judge

Deborah A. Servitto

Jane M. Beckering
Judges

The Court orders that the August 16, 2018 opinion is hereby AMENDED as follows to correct clerical errors. In the captions for docket numbers 337483 and 338455, and in the first paragraph of the opinion, the name "Leland Price" is corrected to read "Leland Prince." Also, in the last sentence of the second paragraph of the opinion, the referenced date is corrected to read "December 4, 2014."

In all other respects, the August 16, 2018 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

AUG 2 1 2018
_____
Date

_____
Chief Clerk